No. 612. Nichols *v.* Universal Pictures Corp. et al. February 2, 1931. Petition for writ of certiorari to the

Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses L. Malevinsky* for petitioner. *Mr. Siegfried F. Hartman* for respondents.